# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action 25-cv-01048-DDD-TPO

J.P.P.,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;
KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security;
PAMELA BONDI, in her official capacity as United States Attorney General; and
DAWN CEJA, in her official capacity as Warden of Aurora Contract Detention Facility;

    Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff filed a Complaint and Emergency Motion for Temporary Restraining Order and Preliminary Injunction on April 2, 2025. Plaintiff filed an Affidavit of Service on Defendants on April 3, 2025. Defendants have not filed either an answer or motion for summary judgment. Therefore, Plaintiff hereby files this Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 7, 2025

    Respectfully submitted,

    */s/ Sara R. Neel*

    Sara R. Neel
    Timothy R. Macdonald
    Annie I. Kurtz
    Emma Mclean-Riggs
    American Civil Liberties Union Foundation of Colorado
    303 E. 17th Ave., Suite 350
    Denver, CO 80203

720-402-3107
sneel@aclu-co.org
tmacdonald@aclu-co.org
akurtz@aclu-co.org
emcleanriggs@aclu-co.org

*Attorneys For Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, I electronically filed the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*/s/ Sara R. Neel*
Sara R. Neel